132 P.3d 390

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Damon, In re Estate of; Trust Created Under Will of Damon, In re 25216 | 03/09/2006 | Denied | 109 Hawai'i 502, 128 P.3d 815 |